**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HUNG HA,

    Plaintiff,

  v.

KENNETH MARK BURR, et al.,

    Defendants.
_____

No. 07-4699 CW

HUNG HA,

    Plaintiff,

  v.

KENNETH MARK BURR, et al.,

    Defendants.
_____/

No. 04-4464 SI

JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES

    Pursuant to Civil L.R. 3-12(c), this Court, <u>sua sponte</u>, refers the above-captioned case to District Judge Susan Illston to consider whether it is related to <u>Ha v. Burr, et al.</u>, case number 04-4464 SI. Parties shall file any response in opposition to or in support of relating the cases within five (5) days of receipt of this Order.

10/29/07
Dated _____

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

HUNG HA,

   Plaintiff,

 v.

KENNETH MARK BURR et al,

   Defendant.

Case Number: CV07-04699 CW
CV04-04464 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 29, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hung Ha
P.O. Box 367
Berkeley, CA 94701-0367

Dated: October 29, 2007

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2